IN THE U.S. DISTRICT COURT OF MARYLAND
FOR DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Todd Feehley, et al.** | * | |
| *on behalf of themselves and* | | |
| *others similarly situated* | * | |
| **Plaintiffs** | * | |
| v. | * | Case No. CCB-17-02591 |
| **Sabatino's, Inc.** | * | |
| (t/a "Sabatino's Italian Restaurant), et al. | | |
| | * | |
| **Defendants** | | |

_____/

### CONSENT TO BE A PARTY PLAINTIFF IN COLLECTIVE ACTION LAWSUIT AGAINST SABATINO'S, INC. UNDER THE FAIR LABOR STANDARDS ACT

1. I, ___Tina White___ (first name/last name), hereby consent and agree to pursue claims arising out of my employment with Sabatino's, Inc. ("Sabatino's) in connection with the above referenced lawsuit. I worked as a tipped employee for Sabatino's.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq. ("FLSA"). I hereby consent, agree and opt-in to become a Plaintiff in this case and be bound to any judgment by the Court or any settlement of this case. This consent extends to FLSA claims against individual owners and management officials of Sabatino's.

3. I hereby designate attorney Howard Hoffman, Esq., (Bar No. 25965), 600 Jefferson Plaza, Suite 204, Rockville, Maryland 20852, (301) 251-3752, hhoffman@hoholaw.com, and Bradford W. Warbasse, Esq. (Bar No. 07304), 401 Washington Avenue, Suite 200, Towson, Maryland 21204, (410) 337-5411, as co-counsel in the representation of this

matter, to represent me for all purposes in this action. I understand that Mr. Hoffman and Mr. Warbasse maintain separate legal practices.

4. I also designate collective action representative(s) who agree to serve on a settlement committee as my representatives to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

—DocuSigned by:
*Tina White*
—8CCBEC1F4C57474...
(Signature)

8/15/2018 12:44:45 PM PDT
(Date Signed)

Print Name: Tina White

Address: 337 Joplin street
Number/Street

Baltimore Maryland
City / State / Zip

Phone Number:

Email:

**NOTE**

**Statute of limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of August, 2018, a copy of the foregoing Plaintiff Tina White's Consent To Be Party Plaintiff In Collective Action Lawsuit Against Sabatino's, Inc. Under The Fair Labor Standards Act, along with all Exhibits and other attachments, was filed via the Electronic Case Filing System (ECF) maintained by the U.S. District Court for the District of Maryland, and is available for viewing and downloading from the ECF system.

/s/
Howard B. Hoffman