## IN THE U.S. DISTRICT COURT OF MARYLAND
## FOR DISTRICT OF MARYLAND

| | |
|---|---|
| **Todd Feehley, et al.** | * |
| *on behalf of themselves and* | |
| *others similarly situated* | * |
| | |
| **Plaintiffs** | * |
| | |
| **v.** | *            **Case No. TJS-17-02591** |
| | |
| **Sabatino's, Inc.** | * |
| **(t/a "Sabatino's Italian Restaurant), et al.** | |
| | * |
| **Defendants** | |
| _____/ | |

### JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT

The parties jointly move that the Court approve the attached settlement agreement (Ex. 1).  In support of this Motion, the parties state as follows:

1.      The parties conducted a full exchange of information, including payroll records, prior to engaging in settlement discussions.

2.      The settlement agreement was reached in mediation before Magistrate Judge Timothy J. Sullivan on February 19, 2019.  Each side was capably represented by experienced counsel.

3.      The settlement agreement provides for a total payment of $97,285.90 to the eleven (11) Plaintiffs, which represents 100% of their disputed wages, and an additional payment $48,641.13 for the Plaintiffs' attorneys' fees and costs, which represents less than 100% of the accrued attorneys' fees plus their actual costs.  The Plaintiffs have not been (and will not be) required to pay any of the attorneys' fees and costs in this case.

4.      The settlement agreement reached is reasonable and fair, considering the facts and issues in controversy.  The Court is fully aware of the fact and legal issues, having presided over the settlement negotiations.

March 11, 2019

Respectfully submitted,

*/s/ (with permission)*                                        */s/ (with permission)*

_____          _____

Howard B. Hoffman, Bar No.: 25965          T. Christine Pham, Bar No.: 25446
Jordan S. Liew, Bar No.: 20509               Rosenberg Martin Greenberg, LLP
Hoffman Employment Law, LLC               25  South Charles Street, Suite 2115
600 Jefferson Plaza, Suite 204                 Baltimore, MD 21201
Rockville, MD  20852                           410.727.6600 Telephone
301-251-3752 Telephone                        410.727.1115 Facsimile
301-251-3753 Facsimile                         cpham@rosenbergmartin.com
hbhoffmanesq@hoholaw.com

*/s/ Bradford W. Warbasse*                      *Attorneys for Defendants*
                                                    Sabatino's, Inc. and Vincent Culotta
_____

Bradford W. Warbasse, Esquire
Federal Bar No. 07304
401 Washington Ave., Suite 200
Towson, MD 21204
410-337-5411 Telephone
410-938-8668 Facsimile
warbasselaw@gmail.com

*Attorneys for Plaintiffs*

APPROVED:

_____          _____

Hon. Timothy J. Sullivan                             Date
U.S. Magistrate Judge

2

### **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of March, 2019, a copy of the foregoing Joint

Motion to Approve Settlement Agreement, along with all Exhibits and other attachments,

was filed via the Electronic Case Filing System (ECF) maintained by the U.S. District

Court for the District of Maryland, and is available for viewing and downloading

from the ECF system.


        _____/s/_____
        Bradford W. Warbasse