## IN THE U.S. DISTRICT COURT OF MARYLAND
## FOR DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Todd Feehley, et al.** | * | |
| *on behalf of themselves and* | | |
| *others similarly situated* | * | |
| **Plaintiffs** | * | |
| v. | * | **Case No. TJS-17-02591** |
| **Sabatino's, Inc.** | * | |
| **(t/a "Sabatino's Italian Restaurant), et al.** | | |
| | * | |
| **Defendants** | | |
| _____/ | | |

## **ORDER**

AND NOW, this _____ day of March, 2019, upon consideration of Joint Motion to Approve Settlement Agreement, it is hereby ORDERED AND DECREED that the Joint Motion is GRANTED.  Based on the representations by counsel set forth in the Joint Motion, and made during the course of mediation, the proposed Settlement Agreement represents a fair compromise of the claims made in this case.

The Settlement Agreement (the "Agreement") is hereby approved with respect to each Plaintiff who has signed the Agreement.  Those Plaintiffs who have not yet signed the Agreement shall have until April 1, 2019 in which to sign and file their signature page with the Court at which point the Agreement will become fully effective with respect to each such Plaintiff, including all payments provided by Sections 1 and 2 of the Agreement.  If any Plaintiff fails to sign or file the Agreement on or before April 1, 2019, such Plaintiff shall forfeit all right to receive any payments under Sections 1 or 2 of the Agreement and all claims shall be dismissed with prejudice.

The Court shall retain jurisdiction until all payments of backpay, liquidated damages, attorneys' fees and costs have been made. Upon completion of all payments required under this Agreement, the case shall be dismissed with prejudice.

By the Court:

_____
Hon. Timothy J. Sullivan